FOURTH DEPARTMENT, JUNE, 1989

(June 26, 1989)*

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES A. MATTESON, JR., Appellant.—Appeal dismissed as academic and matter remitted to Onondaga County Court to vacate the conviction and dismiss the indictment, *sua sponte,* or on application by the District Attorney or attorney who appeared for appellant *(see, People v Darden,* 52 NY2d 1015; *People v Mintz,* 20 NY2d 770; *People v Robidoux,* 109 AD2d 1090). Present—Callahan, J. P., Doerr, Boomer, Green and Lawton, JJ.